# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Venue

FILED
APR 13 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

---

### Petition for Arrest Warrant for Offender Under Supervision

---

**Name of Offender**
Andres Rios

**Docket Number**
CR12-00172 LHK

SEALED BY ORDER OF COURT

**Name of Sentencing Judge:** The Honorable John A. Houston
U.S. District Judge

**Date of Original Sentence:** September 6, 2011

**Original Offense**
Count One: Bringing in Illegal Aliens Without Presentation, 8 U.S.C. § 1324(a)(@)(B)(iii) and 18:2, a Class C Felony

**Original Sentence:** Time Served and 2 years Supervised Release.
**Special Conditions:** no alcohol; drug/alcohol treatment; search; not enter Mexico; report all vehicles owned or operated, mental health counseling.

On March 9, 2012, jurisdiction was transferred from the Southern District of California to the Northern District of California

**Prior Form(s) 12**: On February 13, 2012, the offender's conditions of supervision were modified to include drug/alcohol treatment, mental health counseling and abstain from all alcohol. This came as a result of the offender testing positive for marijuana on September 15, 2011.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Duty AUSA

**Date Supervision Commenced**
September 6, 2011
**Defense Counsel**
Duty (AFPD)

---

### Petitioning the Court

The issuance of a no bail warrant for the offender's arrest.

I, Janie Zhuang, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or

DOCUMENT NO
CSA's INITIALS
3
DISTRICT COURT

**RE:**   Rios, Andres                                                                                           2
Docket CR12 00172 LHK

documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the mandatory condition which states that the defendant shall not commit another federal, state or local crime in that he violated Penal Code § 314.1-Indecent Exposure.

According to the Hollister Police Department report number 12-0858, Officer Wells was dispatched to contact a victim who reported that the offender exposed his penis to her. The victim stated that she was leaving her residence at approximately 6:15 p.m.. After placing her small children inside her vehicle, she saw her neighbor (the offender) standing naked in front of an open window. She was so upset by his actions that she did not want to return home. The victim stated that the offender had exposed himself a couple of months prior and that nothing was done about it.

The offender was later arrested and booked into the San Benitez county jail.

Evidence of this violation can be found in the Hollister Police Department report number 12-0858. |
| Two | There is probable cause to believe that the offender violated standard condition number seven, which prohibits him in part, from purchase, possess, distribute, or administer any controlled substance, in that the offender admitted to using marijuana on April 11, 2012, and he was found to be in possession of marijuana.

On April 11, 2012, during an unannounced home visit, United States Probation Officer (USPO) Ricard and I noticed an odor of marijuana in the offender's bedroom. Upon questioning, the offender admitted to smoking marijuana that same day. As requested, he surrendered the remaining marijuana that he had in his possession. A urinalysis was conducted at the offender's home and was presumptive positive test for marijuana. This sample was sent to the laboratory for confirmation.

Evidence of this violation can be found in the testimony of USPO Ricard and the undersigned probation officer. |

**RE:**   Rios, Andres                                                                    3
Docket CR12 00172 LHK

Three                    There is probable cause to believe that the offender violated special
                         condition number three, which states that the defendant shall abstain from
                         the use of all alcoholic beverages, in that on April 11, 2012, the offender
                         admitted to drinking beer on a weekly basis.

                         On April 11, 2012, USPO Ricard and I made an unannounced home visit.
                         During the home inspection, we noticed multiple beer cans in the
                         offender's recycle bin.   Upon questioning, the offender admitted to
                         drinking beer on a weekly basis.

                         Evidence of this violation can be found in the testimony of USPO Ricard
                         and the undersigned probation officer.


Based on the foregoing, there is probable cause to believe that Andres Rios Jr. violated the
conditions of his probation. Therefore, I ask the Court to issue a no bail warrant for his arrest.


Respectfully submitted,                          Approved as to form:



Janie Zhuang                                     Joshua Sparks
U.S. Probation Officer                           Supervisory U.S. Probation Officer
Date Signed: April 13, 2012

**RE:**   Rios, Andres                                                                                    4
Docket CR12 00172 LHK

Having considered the information set forth above, the court finds there is probable cause to
believe there has been a violation of the conditions of probation and orders:

☐   The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED UNDER
     SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL
     EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL. THE FORM 12
     WILL BE AUTOMATICALLY UNSEALED AND BE PART OF THE PUBLIC RECORD
     UPON ITS EXECUTION.
☐   Other:


_____4/13/12_____                    _____Lucy H Koh_____
Date                                         Lucy H. Koh
                                             U.S. District Judge


NDC-SUPV-FORM 12C(2) 02/26/10

**RE:**   Rios, Andres                                                                 5
Docket CR12 00172 LHK

## APPENDIX

Grade of Violations:  C

Criminal History at time of sentencing:  I

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | 2 years | 3-9 months |
|  | 18 U.S.C. § 3583(e)(3) | USSG § 7B1.4(a) |
| **Supervised Release:** | 3 years | 3 years |
|  | 18 U.S.C. §3583(h) | USSG § 7B1.3(g)(2) |
| **Probation:** | NA | NA |